UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GERALDO MAYA-GONZALEZ,<br><br>    Defendant. | 2:11-cr-274-LDG-GWF<br><br>ORDER<br><br>(First Request to Continue the Sentencing Hearing) |

**ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for April 4, 2012 at the hour of 11:00 a.m., be vacated and continued Tuesday, 4/24/12 at the hour of 2:30 PM.

DATED ____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3